| AO-10 (WP)<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2003 | *Report Required by the Ethics<br>in Government Act of 1978,<br>(5 U.S.C. App. §§101-111)* |
|---|---|---|

| 1. Person Reporting *(Last name, first, middle initial)*<br>**Sandoval, Brian E.** | 2. Court or Organization<br>**U.S. District Court, Nevada** | 3. Date of Report<br>**3/4/05** |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>**U.S. District Judge - Nominee** | 5.   Report Type (check appropriate type)<br><br>  **X** Nomination, Date __3/1/05__<br><br>___ Initial   ___ Annual  ___ Final | 6. Reporting Period<br><br>**1/1/04 to 2/28/05** |
| 7. Chambers or Office Address<br>**Office of the Attorney General<br>100 N. Carson Street<br>Carson City, NV 89701** | 8.   On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| **NONE (No reportable positions.)** | |
| Attorney General | State of Nevada |
| Board of Trustees | St. Jude's Ranch for Children |
| Board of Trustees | Washoe County Law Library |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| **NONE (No reportable agreements.)** | |
| 1/6/03 | Nevada Public Employees Retirement System/payable upon length of service and age |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| **A. Filer's Non-Investment Income** | | |
| **NONE (No reportable non-investment income.)** | | |
| 2003 | State of Nevada, Salary | $ 110,000 |
| 2004 | State of Nevada, Salary | $ 110,000 |
| 2005 | State of Nevada, Salary | $ 16,876.72 |

**B.** Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| **NONE (No reportable non-investment income.)** | | |
| 2004 | The Children's Cabinet of Reno, Nevada, Salary | |
| 2005 | The Children's Cabinet of Reno, Nevada, Salary | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Sandoval, Brian E. | 3/4/05 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | Exempt | | |
| 2 | | $ | |
| 3 | | $ | |
| 4 | | $ | |
| | | $ | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | NONE (No reportable liabilities.) | | |
| 2 | Wells Fargo Bank | Line of Credit | K |
| 3 | Bank One | Credit Card | J |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Sandoval, Brian E. | 3/4/05 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month- Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Salomon Smith Barney | A | Int. | J | T | Exempt | | | | |
| 2 Berkshire Hathaway Inc. | A | | J | S | | | | | |
| 3 IRA #1 Diamonds Trust Ser I | A | | J | S | | | | | |
| 4 NASDAQ 100 Trust Ser I | A | | J | S | | | | | |
| 5 Sierra Pacific Resources | A | Div. | J | S | | | | | |
| 6 IRA #2 Tiers Series S&P 2003-10 | A | | K | S | | | | | |
| 7 Hancock Funds Regional Bank | A | Div. | J | S | | | | | |
| 8 Hartford Variable Annuity | A | | K | S | | | | | |
| 9 Alliance Bernstein Fund | A | | J | S | | | | | |
| 10 Hancock Small Cap 6th B | A | | J | S | | | | | |
| 11 Hancock Small Cap 6th A | A | | J | S | | | | | |
| 12 Nevada State Treasurer | A | | K | W | | | | | |
| 13 Public Employees Retirement System | A | | K | W | | | | | |
| 14 IRA #3 New Perspective | A | | J | S | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 |
|---|---|---|---|---|---|
| | E=$15,001-$50,000 | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal R=Cost (real estate only) U=Book value | S=Assessment V=Other | T=Cash/Market W=Estimated | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | Sky Spec. Eq Port | A | | J | S | | | | | | |
| 16 | AmCent SC Value | A | | J | S | | | | | | |
| 17 | Hartford Mid Cap HLS | A | | J | S | | | | | | |
| 18 | AmCent Eq. Income | A | | J | S | | | | | | |
| 19 | AmCent Ultra | A | | J | S | | | | | | |
| 20 | Oppen Capital App | A | | J | S | | | | | | |
| 21 | | | | | | | | | | | |
| 22 | | | | | | | | | | | |
| 23 | | | | | | | | | | | |
| 24 | | | | | | | | | | | |
| 25 | | | | | | | | | | | |
| 26 | | | | | | | | | | | |
| 27 | | | | | | | | | | | |
| 28 | | | | | | | | | | | |
| 29 | | | | | | | | | | | |
| 30 | | | | | | | | | | | |
| 31 | | | | | | | | | | | |
| 32 | | | | | | | | | | | |
| 33 | | | | | | | | | | | |
| 34 | | | | | | | | | | | |
| 35 | | | | | | | | | | | |
| 36 | | | | | | | | | | | |
| 37 | | | | | | | | | | | |
| 38 | | | | | | | | | | | |
| 39 | | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: E=$15,001-$50,000 (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: Q=Appraisal (See Col. C2) | R=Cost (real estate only) U=Book value | S=Assessment V=Other | T=Cash/Market W=Estimated | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sandoval, Brian E. | 3/4/05 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Investments in Part VII which do not identify an income type had no direct distribution of income during the reporting period. Any distribution is reinvested to the particular fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____       Date _March 4, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 8 | 000 | 00 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | 3 | 185 | 00 | Notes payable to relatives | | | 00 |
| Unlisted securities--add schedule | | | | Notes payable to others | | | 00 |
| Accounts and notes receivable: | | | | Accounts and bills due | | 500 | 00 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | 650 | 000 | 00 |
| Real estate owned-add schedule | 900 | 000 | 00 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | 70 | 000 | 00 | First Horizon Home Line of Credit | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Antiques | 50 | 000 | 00 | | | | |
| University Prepaid Tuition | 20 | 000 | 00 | | | | |
| IRA, Deferred Comp & Other Retirement | 150 | 000 | 00 | Total liabilities | 657 | 500 | 00 |
| Contingent Inheritance | 50 | 000 | 00 | Net Worth | 593 | 685 | 00 |
| Total Assets | 1,251 | 185 | 00 | Total liabilities and net worth | 1,251 | 185 | 00 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | 7 | 000 | 00 | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |